**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

First being duly sworn, I, J. Troy Terbrock, a sworn federal law enforcement agent by virtue of

being a U.S. Postal Inspector, do aver, depose, and state as follows:

**I.  SUMMARY**:

1.      I make this affidavit in support of an application for a warrant to search a parcel in

the custody of the U.S. Postal Inspection Service (USPIS) in the District of Columbia at the U.S.

Postal Service's (USPS) facility at 900 Brentwood Road, N.W., Washington, D.C.  As set forth in

the rest of this affidavit, I seek this warrant because a dog trained to detect illegal drugs has given

signs or "alerts" that the parcel contains a controlled substance unlawfully possessed.

**II.  PARTICULAR DESCRIPTION OF PLACE TO BE SEARCHED**
**AND THINGS TO BE SEIZED**:

2.      I seek a warrant to search a U.S. Express Mail parcel, described more particularly as:

**A package given to the U.S. Postal Service to be sent through the U.S. mails and bearing a USPS-assigned tracking or registration number "0306 2400 0001 2211 5447."  This parcel is addressed to a person with a specific name at "815 48 Pl. N.E. Washington D.C. 20011" and bears a return address of a person with a specific name at "8640 NW 11ᵗʰ PL Miami FL 33169."  The parcel now is at 900 Brentwood Road, N.E., Washington, D.C.**

As noted, this parcel packages now is in the District of Columbia at the USPIS offices at the general

mail facility at 900 Brentwood Road, N.E., Washington, D.C.  This is called formally the Curseen-

Morris Mail Processing and Distribution Center and formerly was known popularly as the

Brentwood postal facility.  At this location, there is no other parcel with similar features, and the

package to be searched can be distinguished from any other by its unique registration number, #0306

2400 0001 2211 5447.  I seek this warrant to search this parcel, and to seize the parcel itself, any

controlled substances in it, any evidence of a violation of the federal anti-narcotics law popularly

known as the Controlled Substances Act, codified at 21 U.S.C. § 801 *et seq*., including drug

paraphernalia, any papers relating to violations of the federal anti-narcotics laws, and proceeds of

drug-related crimes including money, checks, or means of payment.

### III.  AFFIANT'S BACKGROUND:

3.      I have been a USPIS Postal Inspector since March 2007.  I now am assigned to a team

that investigates cases when the U.S. mails are used to transport controlled substances unlawfully.

I have taken part in serving search warrants that resulted in illegal drugs being seized from packages

shipped through the mail.  Before serving as a U.S. Postal Inspector, I was a special agent of the U.S.

State Department's Diplomatic Security Service for six years.  For eight years before that, I was a

sworn officer of the St. Peters Police Department in Missouri.  I have completed successfully the

basic training programs for each of these jobs.  Additionally, I have significant experience

investigating narcotic-related crimes.

### IV.  STATEMENT OF FACTS IN SUPPORT OF FINDING OF PROBABLE CAUSE:

4.      For some time, USPIS inspectors have noted that the U.S. mails, particularly, the

Express and Priority Mail services, increasingly are being used to send payments to buy controlled

substances unlawfully and to ship controlled substances unlawfully, including cocaine, heroin, and

marijuana.  It appears that traffickers in illegal drugs use such services because of their reliability,

speed, and low cost, as well as because the traffickers believe that they are at less risk of being

caught in committing such crimes.

5.      On Thursday, September 25, 2008, at the Curseen-Morris facility at 900 Brentwood

Road, N.E., Washington, D.C., USPS officials encountered a package that had been sent through

the U.S. mails by a priority parcel service.  The officials noticed the parcel in the course of their

normal duties of processing mail but came to suspect that it contained either illegal drugs, or items

that had been in contact with such drugs.  This parcel previously had been given a tracking or registration number as part of its USPS special or priority handling.  The number is #0306 2400 0001 2211 5447.  The parcel was addressed to a person with a specific name at "815 48 Pl. N.E. Washington D.C. 20011."  The parcel bears a return address to a person with a specific name at "18640 NW 11th PL Miami FL 33169."  I know the names of the persons listed as the parcel's sender and receiver, but I have omitted them from this affidavit deliberately, both for reasons of privacy and to avoid making public information developed in the early stages of a criminal investigation.

6.      One of the members of the team to which I am assigned is a detective of the Metropolitan Police Department (MPD) in Washington, D.C., Thomas Syndor.  Det. Syndor is a "handler" of a dog named "Cigi."  This dog, Cigi, has been specially trained to smell packages suspected to contain drugs and to give a sign, known as an "alert," when the dog has detected that the package contains a controlled substance.

7.      On Friday, September 26, 2008, the priority package with registration number, #0306 2400 0001 2211 5447 was placed among other parcels at a USPIS office in Washington D.C.  Det. Syndor and his narcotic detecting dog, "Cigi," were brought into this room to check the parcels.  Det. Syndor informed me that "Cigi" alerted on the priority package with registration number, #0306 2400 0001 2211 5447.  Additionally, Postal Inspectors observed the canine alert on this parcel.

8.      MPD has certified that the dog, "Cigi," has been trained to alert and respond to the presence of the following drug narcotic odors: methamphetamine, cocaine, crack cocaine, heroin, ecstasy (MDMA), marijuana, and hashish.

9.      I know the facts set forth in this affidavit either because I saw or heard them myself, or because I read them in reports or heard them from other sworn law enforcement agents.  I have

not put in this affidavit all of the facts about this investigation known to all law enforcement agents.

10.     Based on these facts, I respectfully submit that there is probable cause to believe that the priority package with registration number, #0306 2400 0001 2211 5447, contains a quantity of controlled substance constituting contraband or the fruits or instrumentalities of a crime, or evidence of the commission of a crime, including: (1) unlawful use of a communication facility to transport controlled substances in violation of 21 U.S. Code § 843(b); (2) unlawful possession with intent to distribute a controlled substance in violation of 21 U.S. Code § 841(a)(1); and (3) unlawful conspiracy, in violation of 21 U.S. Code § 846.

## V.  **PRAYER FOR ISSUANCE OF A WARRANT**:

10.     Therefore, I respectfully request that a warrant issue to search this parcel and to seize any contraband controlled substances and evidence of violation of the laws of the United States involving controlled substances, as set forth above in this affidavit.

FURTHER THAN THIS, affiant sayeth not.

---

J. Troy Terbrock, Postal Inspector
United States Postal Inspection Service,
United States Postal Service

\* \* \* \* \* \* \*

Subscribed to and sworn before me on this _____ day of October 2008.

---

UNITED STATES MAGISTRATE JUDGE